**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JEANETTE WHATLEY                                                        PLAINTIFF

v.                                        No. 3:10CV00242 JLH

RECONTRUST COMPANY, N.A., and
BAC HOME LOAN SERVICE, LP,
f/k/a COUNTRYWIDE HOME LOANS                                    DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered on November 23, 2010, this action is dismissed

without prejudice.

IT IS SO ORDERED this 30th day of December, 2010.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE